**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LATRELL ADAMS (# 110376)**                                            **PLAINTIFF**

**v.**                                           **No. 4:07CV131-P-B**

**CHRISTOPHER EPPS, ET AL.**                                     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g). As the memorandum opinion in this case discussed the merits of the plaintiff's pending motion [13] for a preliminary injunction, that motion is hereby **DENIED.** In light of this ruling, any other motions currently pending in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the 15th day of November, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE