IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LATRELL ADAMS**                                                                                           **PLAINTIFF**

**v.**                                                                         No. 4:07CV131-P-B

**CHRISTOPHER EPPS, ET AL.**                                               **DEFENDANTS**

## ORDER DENYING PLAINTIFF'S MOTION [25] TO ENFORCE THE COURT'S ORDER

This matter comes before the court on the plaintiff's motion [25] to enforce the court's memorandum opinion and final judgment of November 15, 2007. As the final judgment was dismissal of the case with prejudice for failure to state a constitutional claim, and as the case was dismissed and closed, the court holds that the final judgment was enforced in its entirety. Therefore, the instant motion [25] is hereby **DISMISSED** as moot.

**SO ORDERED,** this the 11th day of February, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE